IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GLEN NOLAN JONES
ADC # 80860                                                                                              PLAINTIFF

V.                                           5:07CV00094 WRW

REVONNA WALKER, Classification Officer, Varner
Unit, Arkansas Department of Correction; GRANT HARRIS,
Warden, Varner Unit, Arkansas Department of Correction;
and RAY HOBBS, Deputy/Asst. Director,
Arkansas Department of Correction                                                          DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young and Plaintiff's objections. After carefully considering Plaintiff's objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. This action is DISMISSED WITH PREJUDICE; and

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

DATED this 30th day of May, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE